**Order entered March 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-01345-CR
No. 05-17-01346-CR

**CARLOS NAVARRO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-24050-U & F17-24053-U**

## ORDER

Because the reporter's record, originally due January 14, 2018, had not been filed, we ordered it filed by March 21, 2018. That same day, court reporter Sasha Brooks filed a request for a thirty-day extension. We **GRANT** Ms. Brooks's request and **ORDER** the reporter's record filed on or before April 9, 2018. We caution Ms. Brooks that further extensions are disfavored.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell Tucker, Presiding Judge, 291st Judicial District Court; Sasha Brooks, court reporter, 291st Judicial District Court; Georgina Ware, deputy court reporter, County Court at Law No. 5; and to counsel for all parties.

/s/    CRAIG STODDART
        JUSTICE